IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMV CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN J. BAHR, ROMERO BROWN, DON LASLEY, DINE BI GHAN CONSTRUCTION, INC., an Arizona Corporation, GREGORY MORRIS, BRIAN SHAPPARD, DWIGHT RUSSI, and DOES 1 to 50 inclusive,<br><br>    Defendants. | CIV-S-97-983 DFL PAN<br><br>**AMENDED**<br>ORDER |

Defendant Romero Brown moves to release $38,990.06 in funds paid into this court to satisfy a writ of attachment issued in Brown's favor against DBG, defendant Don Lasley, and Ritchie Brothers, Auctioneers, Inc. on October 8, 1998.  Brown avers in his declaration that the $38,990.06 was generated from the sale of attached DBG property.  No party has filed an objection to Brown's motion.  Because the court finds that Brown's declaration adequately demonstrates that the funds now held stem from the

sale of DBG property, the motion is GRANTED.  The Clerk of the Court shall release $38,990.06 plus interest less the Registry Service Fee to defendant Romero Brown.

   IT IS SO ORDERED.

Dated: 7/26/2005

_____
DAVID F. LEVI
United States District Judge